# United States Court of Appeals
## For the First Circuit

No. 20-1093

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN H. NARDOZZI,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on June 24, 2021, is amended as follows:

On page 3, line 16, please remove the underlining from the space before "Mubayyid".